1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:  (510) 637-3724
      E-Mail:     James.C.Mann@usdoj.gov

8

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No.   4-08-70664 WDB
                                     )
14        Plaintiff,                 )   STIPULATION AND ORDER
                                     )   CONTINUING PRELIMINARY
15        v.                         )   HEARING OR ARRAIGNMENT DATE
                                     )   AND WAIVING TIME
16  DASHON R. STARKS,                )
                                     )
17        Defendant.                 )   OAKLAND VENUE
                                     )
18

19         The parties request and stipulate that the date for the preliminary hearing or arraignment

20  of defendant Dashon R. Starks be continued from Thursday, October 30, 2008, at 10:00 a.m., to

21  Thursday, November 13, 2008 at 10:00 a.m. before this Court.

22         The parties also request and stipulate that, pursuant to Federal Rule of Criminal

23  Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from

24  October 23, 2008, to and including November 13, 2008.  The parties agree that –  taking into

25  account the public interest in prompt disposition of criminal cases – good cause exists for this

26  extension.

27         Defendant also agrees to toll and to waive for this period of time any time limits

28  applicable under Title 18, United States Code, section 3161.  In this regard, the parties agree the

    STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
    CR 4-08-70664 WDB

1  ends of justice served by granting the continuance outweigh the best interests of the public and

2  the defendant in a speedy trial.  Undersigned defense counsel represents that she has spoken with

3  her client, Mr. Starks, and that Mr. Starks agrees to the continuance and to time being tolled and

4  waived as requested.

5       In support of this request, the parties note that on October 9, 2008, the government

6  produced discovery to defense counsel, which defense counsel needs to review with defendant.

7  In addition, defense counsel will be out of the office and unavailable on October 23, 2008 and

8  October 24, 2008.  Therefore, the continuance and exclusion of time is requested for effective

9  preparation of defense counsel, taking into account the exercise of due diligence, and continuity

10  of defense counsel.  Additionally, the parties are attempting to negotiate a resolution in this

11  matter; defense counsel and defendant need additional time to review the discovery and to make

12  an informed decision regarding the potential resolution of the matter.

13  **IT IS SO STIPULATED.**

14  DATED:       October 23, 2008                    Respectfully submitted,

15                                                   JOSEPH P. RUSSONIELLO
                                                     United States Attorney

16

17                                                   By_____/s/_____
                                                     JAMES C. MANN
18                                                   Assistant U.S. Attorney

19

20  DATED:       October 23, 2008                    _____/s/_____
                                                     JOYCE LEAVITT
21                                                   Attorney for Defendant Dashon R.
                                                     Starks
22

23  **IT IS SO ORDERED.**

24  DATED:       October 27, 2008                    _____
                                                     HON. WAYNE D. BRAZIL
25                                                   United States Magistrate Judge

26

27

28

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
CR 4-08-70664 WDB